```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEAN M. HOBLER
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-MC-00054-MCE-DAD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $7,136.49 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NUMBER 3790678038, HELD IN THE NAME MYCHAL S. LAHEY, ) | |
| APPROXIMATELY $27,460.00 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 753567539, HELD IN THE NAME MYCHAL S. LAHEY, AND ) | |
| APPROXIMATELY $13,270.16 IN U.S. CURRENCY SEIZED FROM TRI COUNTIES BANK ACCOUNT NUMBER 66497707, HELD IN THE NAME MYCHAL S. LAHEY, ) | |
| Defendants. ) | |

It is hereby stipulated by and between the United States of America and claimant Mychal Lahey ("claimant"), by and through his respective attorney, as follows:

1.  On or about February 19, 2010, claimant filed a claim, in

1

the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $7,136.49 in U.S. Currency seized from JP Morgan Chase Bank Account Number 3790678038, held in the name Mychal S. Lahey, Approximately $27,460.00 in U.S. Currency seized from Bank of America Account Number 753567539, held in the name Mychal S. Lahey, and Approximately $13,270.16 in U.S. Currency seized from Tri Counties Bank Account Number 66497707, held in the name Mychal S. Lahey, (the "defendant funds"), which were seized on or about January 8, 2010.

2.  The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is currently May 20, 2010.

4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 18, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging

2

that the defendant funds are subject to forfeiture.

    5.   Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to June 18, 2010.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATE: 5/14/10                       /s/ Jean M. Hobler
                                    JEAN M. HOBLER
                                    Special Assistant U.S. Attorney


DATE: 5/14/10                       /s/ Bruce Locke
                                    BRUCE LOCKE
                                    Attorney for Claimant Mychal Lahey

                                    (Attorney authorized to sign)
```

**IT IS SO ORDERED.**

Dated: May 17, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3