```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEAN M. HOBLER
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-MC-00054-MCE-DAD |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER EXTENDING |
| APPROXIMATELY $7,136.49 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NUMBER 3790678038, HELD IN THE NAME MYCHAL S. LAHEY, | ) | TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $27,460.00 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 753567539, HELD IN THE NAME MYCHAL S. LAHEY, AND | ) | |
| APPROXIMATELY $13,270.16 IN U.S. CURRENCY SEIZED FROM TRI COUNTIES BANK ACCOUNT NUMBER 66497707, HELD IN THE NAME MYCHAL S. LAHEY, | ) | |
| Defendants. | ) | |

It is hereby stipulated by and between the United States of America and claimant Mychal Lahey ("claimant"), by and through his respective attorney, as follows:

///

1                                    Stipulation and Order to Extend Time

1        1.   On or about February 19, 2010, claimant filed a claim, in
2   the administrative forfeiture proceedings, with the Internal
3   Revenue Service with respect to the Approximately $7,136.49 in U.S.
4   Currency seized from JP Morgan Chase Bank Account Number
5   3790678038, held in the name Mychal S. Lahey, Approximately
6   $27,460.00 in U.S. Currency seized from Bank of America Account
7   Number 753567539, held in the name Mychal S. Lahey, and
8   Approximately $13,270.16 in U.S. Currency seized from Tri Counties
9   Bank Account Number 66497707, held in the name Mychal S. Lahey,
10  (the "defendant funds"), which were seized on or about January 8,
11  2010.
12       2.   The Internal Revenue Service has sent the written notice
13  of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all
14  known interested parties.  The time has expired for any person to
15  file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-
16  (E), and no person other than the claimant has filed a claim to the
17  defendant funds as required by law in the administrative forfeiture
18  proceeding.
19       3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
20  required to file a complaint for forfeiture against the defendant
21  funds and/or to obtain an indictment alleging that the defendant
22  funds are subject to forfeiture within 90 days after a claim has
23  been filed in the administrative forfeiture proceedings, unless the
24  court extends the deadline for good cause shown or by agreement of
25  the parties.  That deadline was May 20, 2010.
26       4.   By Stipulation and Order filed May 18, 2010, the parties
27  stipulated to extend to June 18, 2010, the time in which the United
28  States is required to file a civil complaint for forfeiture against

the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

    5.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 19, 2010, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

    6.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to July 19, 2010.

                                       BENJAMIN B. WAGNER
                                       United States Attorney

DATE: 6/15/10                   /s/ Jean M. Hobler
                                       JEAN M. HOBLER
                                       Special Assistant U.S. Attorney

DATE: 6/15/10                   /s/ Bruce Locke
                                       BRUCE LOCKE
                                       Attorney for Claimant Mychal Lahey

                                       (Attorney authorized to sign)


**IT IS SO ORDERED.**

Dated: June 22, 2010

                                       _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE