1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | 2:10-MC-00054-MCE-DAD |
|                                         ) | |
|          Plaintiff,                     ) | |
|                                         ) | |
|     v.                                  ) | |
|                                         ) | STIPULATION AND ORDER EXTENDING |
| APPROXIMATELY $7,136.49 IN U.S.         ) | TIME FOR FILING A COMPLAINT FOR |
| CURRENCY SEIZED FROM JP MORGAN          ) | FORFEITURE AND/OR TO OBTAIN AN |
| CHASE BANK ACCOUNT NUMBER               ) | INDICTMENT ALLEGING FORFEITURE |
| 3790678038, HELD IN THE NAME            ) | |
| MYCHAL S. LAHEY,                        ) | |
|                                         ) | |
| APPROXIMATELY $27,460.00 IN U.S.        ) | |
| CURRENCY SEIZED FROM BANK OF            ) | |
| AMERICA ACCOUNT NUMBER                  ) | |
| 753567539, HELD IN THE NAME             ) | |
| MYCHAL S. LAHEY, AND                    ) | |
|                                         ) | |
| APPROXIMATELY $13,270.16 IN U.S.        ) | |
| CURRENCY SEIZED FROM TRI                ) | |
| COUNTIES BANK ACCOUNT NUMBER            ) | |
| 66497707, HELD IN THE NAME              ) | |
| MYCHAL S. LAHEY,                        ) | |
|                                         ) | |
|          Defendants.                    ) | |
|                                         ) | |
| _____) | |

     It is hereby stipulated by and between the United States of
America and claimant Mychal Lahey ("claimant"), by and through his
respective attorney, as follows:

                              1           Stipulation and Order to Extend Time

1     1.  On or about February 19, 2010, claimant filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service with respect to the Approximately $7,136.49 in U.S. Currency seized from JP Morgan Chase Bank Account Number 3790678038, held in the name Mychal S. Lahey, Approximately $27,460.00 in U.S. Currency seized from Bank of America Account Number 753567539, held in the name Mychal S. Lahey, and Approximately $13,270.16 in U.S. Currency seized from Tri Counties Bank Account Number 66497707, held in the name Mychal S. Lahey, (the "defendant funds"), which were seized on or about January 8, 2010.

2.  The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was May 20, 2010.

4.  By Stipulation and Order filed May 18, 2010, the parties stipulated to extend to June 18, 2010, the time in which the United States is required to file a civil complaint for forfeiture against

1 the defendant funds and/or to obtain an indictment alleging that
2 the defendant funds are subject to forfeiture.
3     5.  By Stipulation and Order filed June 23, 2010, the parties
4 stipulated to extend to July 19, 2010, the time in which the United
5 States is required to file a civil complaint for forfeiture against
6 the defendant funds and/or to obtain an indictment alleging that
7 the defendant funds are subject to forfeiture.
8     6.  By Stipulation and Order filed July 19, 2010, the parties
9 stipulated to extend to August 10, 2010, the time in which the
10 United States is required to file a civil complaint for forfeiture
11 against the defendant funds and/or to obtain an indictment alleging
12 that the defendant funds are subject to forfeiture.
13     7.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
14 by agreement to further extend to August 31, 2010, the time in
15 which the United States is required to file a civil complaint for
16 forfeiture against the defendant funds and/or to obtain an
17 indictment alleging that the defendant funds are subject to
18 forfeiture.
19     8.  The parties would like to advise the Court that they have
20 reached a resolution of this case and that the continued request
21 for an extension of time to file is for that purpose.
22 Specifically, the parties are in the process of signing the
23 required settlement documents, however, the claimant lives outside
24 the United States.  Thus, the process is taking longer than
25 anticipated.  The parties anticipate filing the settlement-related
26 documents with the Court prior to the expiration of the current
27 requested extension of time to file.
28 ///

9. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to August 31, 2010.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: 8/9/10                            /s/ Jean M. Hobler
                                        JEAN M. HOBLER
                                        Special Assistant U.S. Attorney


DATE: 8/9/10                            /s/ Bruce Locke
                                        BRUCE LOCKE
                                        Attorney for Claimant Mychal Lahey
                                        (Authorized to sign by email)
```

**IT IS SO ORDERED.**

Dated: August 11, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE